UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CINDY ZAMORA and ALFONSO ZAMORA,<br><br>        Plaintiffs,<br><br>vs.<br><br>EXPRESS LOCATION, LLC,<br><br>        Defendant. | 3:16-cv-00547-MMD-VPC<br><br>**MINUTES OF PROCEEDINGS**<br><br>November 22, 2016 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>     REPORTER:   <u>      FTR        </u>

COUNSEL FOR PLAINTIFFS:  <u>Mark Mausert (Telephonically)</u>

COUNSEL FOR DEFENDANT:   <u>Christina Mamer (Telephonically)</u>

**MINUTES OF PROCEEDINGS: Pre ENE-Status Conference**

9:05 a.m.  Court convenes.

    The court holds today's conference in light of the parties' failing to file the Joint Early Neutral Evaluation ("ENE") Status Report (ECF No. 11).  An ENE is scheduled for Thursday, 12/1/2016 at 9:00 a.m. before Magistrate Judge Cobb (ECF No. 10).

    The court and counsel discuss the status of the case and the three items required in the joint ENE Status Report.  First, the court addresses initial disclosures.  Mr. Mausert indicates the Plaintiffs have made their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).  Ms. Mamer states Defendant's initial disclosures were mailed as of yesterday.

    Second, the court addresses whether there are any pending motions that may impact the ENE session.  Mr. Mausert explains that there are currently no pending motions; however, Plaintiff will file a motion with the court if Defendant's initial disclosures do not include phone numbers of the witnesses.

    Last, the court addresses who will be attending the ENE.  The court notes, pursuant to the Plaintiffs' ENE statement both Cindy Zamora and Alfonso Zamora will be attending the ENE

Minutes of Proceedings
3:16-cv-00547-MMD-VPC
November 22, 2016

session.  Ms. Mamer discusses Defendant's motion for leave to have claims adjuster Angela Lee appear telephonically for the ENE (ECF No. 14).  In view of the representation that the CEO of Express Locations, Jeff Heuple will be present for the ENE and because of the wide disparity between the parties' demands and offers regarding settlement, the Defendant's motion (ECF No. 14) is **GRANTED**.

    Angela Lee need not appear in person for the ENE session; however, she must be available at all times for the ENE session.  Ms. Lee shall dial **1-877-873-8017**, enter the access code **3416460**, and enter the security code **12116** approximately five (5) minutes prior to the hearing.

    The court encourages the parties to simultaneously exchange the non-confidential portions of their ENE statements with one another.  Counsel shall discuss whether they will exchange the non-confidential portions of the statement before 11/26/2016.

    There being no additional matters to address at this time, court adjourns at 9:21 a.m.

    LANCE S. WILSON, CLERK

By: _____/s/_____
    Katie Lynn Ogden, Deputy Clerk