Mark Mausert, Esq.
Nevada State Bar No. 2398
John Malone, Esq.
Nevada State Bar No. 5706
930 Evans Avenue
Reno, NV 89512
(775) 786-5477
(775) 786-9658 Fax
mark@markmausertlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CINDY ZAMORA & ALFONSO ZAMORA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>EXPRESS LOCATIONS, LLC, dba T-,MOBILE and DOES I-X,<br><br>　　　　　Defendants.<br>_____/ | Case No.: 3:16-cv-00547-MMD-VPC<br><br>**STIPULATION AND ORDER<br>TO DISMISS WITH PREJUDICE** |

　　　Plaintiffs, CINDY ZAMORA & ALFONSO ZAMORA and Defendant, EXPRESS LOCATIONS, LLC, dba T-MOBILE, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the above action with prejudice.

//

//

//

//

//

//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: January _11th_, 2017                    Dated: January _11th_, 2017

Respectfully submitted,                         Respectfully submitted,

/s/Mark Mausert                                 /s/Christina Mamer
MARK MAUSERT, ESQ.                              CHRISTINA MAMER, ESQ.
                                                WOOD, SMITH, HENNING & BERMAN

Attorney for Plaintiff
CINDY ZAMORA                                    Attorneys for Defendant
ALFONSO ZAMORA                                  EXPRESS LOCATIONS, LLC.

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 11,            , 2017.

_____
UNITED STATES DISTRICT COURT JUDGE